# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fredrick DeWayne Hines, | Civ. No. 18-3250 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| State of Minnesota, et al., | |
| Defendants. | |

On November 26, 2018, Plaintiff Fredrick DeWayne Hines filed a Complaint in this matter (Doc. No. 1), and on January 3, 2019, the Court granted Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 3). Since then, the Defendants in this matter have filed multiple motions to dismiss, four of which—all filed in April 2019—are still outstanding. (*See* Doc. Nos. 66, 73, 81, 88.) Plaintiff has not responded to these motions. (*See* Doc. Nos. 100, 101.) On September 6, 2019, Plaintiff filed a discovery request. (Doc. No. 116, Pl.'s First Request.) In response, on September 13, 2019, the State Defendants filed a Motion for Protective Order *Staying Discovery* (Doc. No. 119) requesting that the Court stay any and all discovery until the State Defendants' pending Motion to Dismiss (Doc No. 88) is decided by the Court. Defendants Shane E. Wernsing and James Clint Zuleger joined in the request for a stay. (Doc. Nos. 124, 130.) As of the date of this Order, Plaintiff has not objected to the stay requests.

Based on the file, and all the records and submissions therein, the Court finds Defendants' motions to stay discovery reasonable and supported by good cause. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Stay Discovery (Doc. Nos. 119, 124, 130), are **GRANTED**; and

2. Discovery as to all Defendants in this matter is hereby stayed, and shall remain stayed, pending a decision of the District Court on Defendants' pending dispositive motions.

Dated: September 24, 2019.

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge